# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Nathaniel Simmons,
*Plaintiff*

v.

Charles Williams; Thomas Roberston; Alyson
Gladwell; Stephanie Marshall; Stanley Terry;
Clarissa Jones; Juanita Moss; Bell; Myers; Beard;
Willie F. Smith; Sherman L. Anderson; Jennifer
Franklin; Shakira Williams; Michelle Chambers *also
known as Michelle Chamber*; Tim E. Rogers;
Deborah Richter; Victoria Norman; Ashley Maddox;
Cynthia Darden; Kennard Dubose; Bryan P. Stirling.
*Defendants*

Civil Action No.       0:19-cv-00317-HMH

)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■ The plaintiff, Nathaniel Simmons, shall take nothing of the defendants, Charles Williams, Thomas Roberston, Alyson
Gladwell, Stephanie Marshall, Stanley Terry, Clarissa Jones, Juanita Moss, Bell, Myers, Beard, Willie F. Smith,
Sherman L. Anderson, Jennifer Franklin, Shakira Williams, Michelle Chambers *also known as Michelle Chamber*, Tim
E. Rogers, Deborah Richter, Victoria Norman, Ashley Maddox, Cynthia Darden, Kennard Dubose and Bryan P. Stirling,
and this action is dismissed with prejudice.

This action was *(check one):*

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Senior United States District Judge, presiding, adopting the Report and
Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing
the action.

Date:   May 13, 2019                                        *ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

_____
*Signature of Clerk or Deputy Clerk*